Anoush Hakimi (SBN 228858)
anoush@handslawgroup.com
Peter Shahriari (SBN 237074)
peter@handslawgroup.com
Laura Steven (SBN 332168)
laura@handslawgroup.com
**THE LAW OFFICE OF HAKIMI & SHAHRIARI**
1800 Vine Street,
Los Angeles, CA 90028

Telephone: (888) 635-2250
Facsimile: (213) 402 - 2170

Attorneys for Plaintiff,
**CHARLES TAYLOR**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES TAYLOR, an individual, <br><br> Plaintiff, <br><br> v. <br><br> WASEL MOUSSA, an individual; and DOES 1-10, <br><br> Defendants. | Case No.: 5:21-cv-00531-JGB-SHK <br><br> **PLAINTIFF'S REQUEST FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS** <br><br> [Fed. R. Civ. P. Rule 41(a)(2)] |

Plaintiff Charles Taylor requests that, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), this Court enter a dismissal with prejudice of Defendant Wasel Moussa, from Plaintiff's Complaint, Case Number 5:21-cv-

00531-JGB-SHK. The parties herein reached settlement of the present action. Each party will be responsible for their own fees and costs.

Dated: June 3, 2021  **THE LAW OFFICE OF HAKIMI & SHAHRIARI**

By: /s/Peter Shahriari
    Peter Shahriari, Esq.
    Attorneys for Plaintiff, Charles Taylor

PLAINTIFF'S REQUEST FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS