1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES TAYLOR, an individual,<br><br>       Plaintiff,<br><br>  v.<br><br>WASEL MOUSSA, an individual; and DOES 1-10,<br><br>       Defendants. | Case No.: 5:21-cv-00531-JGB-SHK<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Charles Taylor's action against Defendant Wasel Moussa is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated:    June 8, 2021

Hon. Jesus G. Bernal
United States District Judge

1
ORDER FOR DISMISSAL WITH PREJUDICE